*ham* for respondents in No. 78. *Messrs. E. Hilton Jackson* and *William E. Richardson* for petitioners in No. 204. Reported below: No. 204, 68 App. D. C. 272; 96 F. 2d 544.

No. 79. INDIAN TERRITORY OIL & GAS CO. *v.* INDIAN TERRITORY ILLUMINATING OIL CO. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. W. H. Kornegay* for petitioner. *Messrs. W. P. McGinnis, Donald Prentice, Samuel H. Riggs,* and *W. T. Anglin* for respondent.

No. 80. DEPARTMENT OF WATER AND POWER OF LOS ANGELES *v.* ANDERSON. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Ray L. Chesebro* and *S. B. Robinson* for petitioner. *Mr. Fred S. Alward* for respondent.

No. 81. HIGGINS ET AL. *v.* OKLAHOMA CITY. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. Warren E. Libby* for petitioners. *Mr. W. H. Brown* for respondent.

No. 82. McMULLIN, EXECUTRIX, *v.* SHEEHAN, COLLECTOR OF INTERNAL REVENUE. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Howard G. Cook* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.